# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMY C. KELLY,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No.  05-1217** |
| | : | **(ESH)** |
| **ELI LILLY AND COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER DIRECTING PLAINTIFF TO COMPLETE
## SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the

defendant with a summons and a complaint within 120 days after the filing of the complaint.  To

date, the Court has no record that the defendants have been served with a summons and

complaint, and the 120-day time limit is about to expire.

Accordingly, it is this 5th day of October, 2005, hereby

**ORDERED** that on or before October 21, 2005,  plaintiff must either:  (1) file with the

Court proof that the defendants have been served with a summons and complaint, or (2) provide

the Court with a written explanation for why service of process has not been completed.  If

plaintiff fails to comply with this order, or if the Court determines that the plaintiff has not shown

good cause for the failure to comply with Rule 4(m), this case will be dismissed without

prejudice.

**SO ORDERED.**

_____
                s/
ELLEN SEGAL HUVELLE
United States District Judge