UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMY C. KELLY and WALTON J. KELLY, her husband, individually, and as parents and next friends of KATE KELLY, their minor child,

      *Plaintiffs*,

vs.   Civil Action No.: 05-1217 (ESH)

ELI LILLY AND COMPANY, an Indiana corporation,

      *Defendant*.

_____

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action without prejudice, this 14th day of October, 2005.

      PATRICIA MARTIN STANFORD, P.A.


      /s/ Patricia M. Stanford, Esquire
      PATRICIA MARTIN STANFORD, ESQUIRE
      DC Bar No. 471672
      3609 Hendricks Avenue
      Jacksonville, Florida 32207
      904-346-4215
      ATTORNEY FOR PLAINTIFFS